UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIAM ALEXANDER,

Plaintiff,

-against-

UNITED STATES POSTAL SERVICE,

Defendant.

26-CV-6254 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 7, 2022, the Court barred Sean Matthew Finnegan from filing future civil actions in this court *in forma pauperis* ("IFP") without first seeking leave to file. *Finnegan v. Dist. of Columbia Superior Court*, No. 21-CV-10946 (S.D.N.Y. Feb. 7, 2022). Since then, Finnegan has filed multiple civil actions in this court as "Liam Alexander." *See Alexander v. NYPD*, No. 22-CV-4610, ECF 4 (S.D.N.Y. July 18, 2022) (explaining the facts the Court relied on to determine that Finnegan was filing under the name Liam Alexander). Recognizing that Finnegan had filed those actions as Alexander, the Court dismissed multiple actions under the filing injunction. *See, e.g.*, *Alexander v. Pedraza*, No. 26-CV-5983 (LTS) (S.D.N.Y. Aug. 4, 2026); *Alexander v. Greendot Corp.*, No. 26-CV-5984 (LTS) (S.D.N.Y. July 17, 2026); *Alexander v. WeWork, Inc.*, No. 26-CV-1636 (S.D.N.Y. Apr. 1, 2026); *Alexander v. Babuj*, No. 25-CV-6510 (S.D.N.Y. Aug. 6, 2025).

Finnegan files this action *pro se* as Liam Alexander, moving for leave to file this action and to proceed IFP. The motion for leave to file does not show that this action is a departure from Plaintiff's pattern of filing frivolous and nonmeritorious litigation, and that the Court should therefore permit Plaintiff to proceed IFP. Accordingly, the Court denies IFP status and

dismisses the action without prejudice pursuant to the February 7, 2022 order in *Finnegan*, No. 21-CV-10946, ECF 6.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to terminate the motion for leave to file (ECF 4), and to enter judgment in this action.

SO ORDERED.

Dated: August 7, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge